| United States District Court | Southern District of Texas |
|---|---|

| | |
|---|---|
| Todd Peterson, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action V-14-66 |
| § | |
| Yellowjacket Oilfield Services, LLC, § | |
| § | |
| Defendant. § | |

## Final Judgment

Todd Peterson takes $5,500 in damages and $5,000 in reasonable attorney's fees from Yellowjacket Oilfield Services, LLC.

Signed on January 5, 2015, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge